```
              IN THE UNITED STATES DISTRICT COURT
           FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JOSEPH L. CASTLE, II, et al.   :      CIVIL ACTION
                               :
          v.                   :
                               :
RICHARD L. MUELLER, M.D.       :      NO. 03-6163
```

ORDER

      AND NOW, this 24th day of August, 2006, upon notice that the Seventh Amendment to the Nationwide Class Action Settlement Agreement with American Home Products Corporation ("Wyeth") has received final judicial approval, and as provided for under Section XVIII.A of the Seventh Amendment, it is hereby ORDERED that this action is DISMISSED with prejudice.

                                       BY THE COURT:

                                       /s/ Harvey Bartle III
                                                                       C.J.